UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Jill Lodge,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Cross Check, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00048-SMS<br><br>**ORDER DISMISSING ACTION (DOC. 14)**<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

Based on the Stipulation of counsel (Doc. 14), IT IS HEREBY ORDERED:

1. That this case is DISMISSED with prejudice, each party to bear its own attorney fees and costs; and,

2. That the Clerk of Court administratively CLOSE this case.

IT IS SO ORDERED.

Dated:   **May 2, 2012**　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28